Argued December 1, affirmed December 1, 1972

## STATE OF OREGON, *Respondent, v.* JEFF HAYES (No. 72-291-C), *Appellant.*

502 P2d 1391

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Robert F. Webber,* Deputy District Attorney, Grants Pass, argued the cause for respondent. With him on the brief was Robert M. Burrows, District Attorney, Grants Pass.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

Affirmed from the bench.